UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL KEESEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12CV1231 JAR |
| ) | |
| CAROLYN W. COLVIN,[1] ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter arises on the August 28, 2013 Report and Recommendation ("R&R") of United States Magistrate Judge David Noce (ECF 20).  See 28 U.S.C. § 636.  In the R&R, Judge Noce recommends that the Court affirm the decision of the Commissioner of Social Security denying Plaintiff Daniel Keesee's applications for Disability Insurance Benefits under Title II of the Social Security Act and Supplemental Security Income under Title XVI of the Social Security Act. Plaintiff was granted fourteen days within which to file written objections to the R&R, but to date has filed no objections.

Upon careful consideration of the R&R and the record in this case,

**IT IS HEREBY ORDERED** that the R&R of the United States Magistrate Judge (ECF 20) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED** and Plaintiff's Complaint (ECF 1) is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

Dated this 18th day of September, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE